No. 72–5317. Frazier v. North Carolina. Sup. Ct. N. C. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Stewart* v. *Massachusetts,* 408 U. S. 845 (1972).

No. A–394 (72–5535). Dye v. New Jersey. Sup. Ct. N. J. Application for bail presented to Mr. Justice Stewart, and by him referred to the Court, denied. Mr. Justice Douglas would grant bail. Mr. Justice Brennan took no part in the consideration or decision of this application.

No. A–460. In re Berg et al. C. A. 9th Cir. Application for stay of execution of judgment and bail presented to Mr. Justice Douglas, and by him referred to the Court, denied. Mr. Justice Douglas would continue the stay.

No. 71–1178. Gulf States Utilities Co. v. Federal Power Commission et al. C. A. D. C. Cir. [Certiorari granted, 406 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of respondent cities granted and 15 minutes allotted for that purpose. Petitioner also allotted 15 additional minutes for oral argument.

No. 72–95. Tollett, Warden v. Henderson. C. A. 6th Cir. [Certiorari granted, *ante,* p. 912.] Motion of respondent for appointment of counsel granted. It is ordered that H. Fred Hoefle, Esquire, of Cincinnati, Ohio, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.